IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No. 04-cr-00403-12-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

12.    HUMBERTO GALVAN a/k/a "Beto",

        Defendant.

## ORDER

This case is before me on a request, considered as a Motion, for court approval on behalf of Defendant Humberto Galvan to receive his telephone calls once a month from Liliana Galvan, a prisoner at CC/Correctional Center Milan, New Mexico. Both Defendant Humberto Galvan and his wife Liliana Galvan are within the custody of the Federal Bureau of Prisons following convictions sustained in the above matter. This court has no authority to direct or set policy for the Federal Bureau of Prisons regarding telephone calls. Accordingly,

IT IS ORDERED that the motion (Docket No. 1362) is DENIED.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            LEWIS T. BABCOCK
                            United States District Judge

DATED: August 6, 2007