IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 09-cv-02440-LTB
Criminal Action No. 04-cr-00403-LTB-12

UNITED STATES OF AMERICA,

v.

12. HUMBERTO GALVAN a/k/a "Beto,"

Defendant.

# ORDER

After preliminary consideration of Movant's second amended 28 U.S.C. § 2255 motion (doc. # 1443), it is now

ORDERED that the United States Attorney on or before **November 18, 2010**, shall file an answer or other pleading directed to the second amended § 2255 motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: October 18, 2010

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge