IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00403-LTB
Civil Action No. 09-cv-01178-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

12.    HUMBERTO GALVAN,,

    Defendant-Movant.

_____

## FINAL JUDGMENT
_____

    Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on March 22, 2011, the following Final Judgment is hereby entered:

    It is ORDERED that Defendant-Movant Humberto Galvan's Second Amended Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 1443) filed on February 1, 2010, is DENIED. It is

    FURTHER ORDERED that the defendant-movant Galvan is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

    DATED at Denver, Colorado, this   23rd   day of March, 2011.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              By:  s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk