IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00403-LTB
Civil Action No. **09-cv-02440-LTB**

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

12.    HUMBERTO GALVAN,

    Defendant-Movant.

_____

**AMENDED FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Order and Amended Order entered by the Honorable Lewis T. Babcock, Senior Judge, on March 22, 2011, the following Amended Final Judgment is hereby entered:

It is ORDERED that Defendant-Movant Humberto Galvan's Second Amended Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 1443) filed on February 1, 2010, is DENIED.  It is

FURTHER ORDERED that the defendant-movant Galvan is entitled to no relief under § 2255.  The corresponding civil action is dismissed with prejudice.

DATED at Denver, Colorado, this   23rd   day of March, 2011.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              By:  s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk